UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT _____

FILED

OCT 20 2017

Clerk, U. S. District Court
Eastern District of Tennessee
At Chattanooga

4:17-cv-65

Mario Gutierrez )
_____ )
_____ )
(Enter above the NAME of the )
plaintiff in this action.) )

v. )

Bedford County Jail )
_____ )
_____ )
(Enter above the NAME of each )
defendant in this action.) )

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(42 U.S.C. Section 1983)

I. PREVIOUS LAWSUITS

    A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? YES ( ) NO ( )

    B. If your answer to A is YES, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

        1. Parties to the previous lawsuit:

        Plaintiffs: _____
        _____

        Defendants: _____
        _____

1

2. COURT: (If federal court, name the district; if state court, name the county):

   _____

3. DOCKET NUMBER: _____

4. Name of Judge to whom case was assigned: _____

5. Disposition: (For example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: _____

II. PLACE OF PRESENT CONFINEMENT: *Bedford County Jail 210 N.Spring st Shelbyville, Tn 37160*

   A. Is there a prisoner grievance procedure in this institution? YES (✓) NO ( )

   B. Did you present the facts relating to your complaint in the prisoner grievance procedure? YES (✓) NO ( )

   C. If your answer is YES,

   1. What steps did you take? *Wrote request forms to all staff members*

   2. What was the result? *Told to write to the Sergeants on shift and I did so.*

   D. If your answer to B is NO, explain why not. _____

   E. If there is no prison grievance procedure in the institution, did you complain to the prison authorities? YES (✓) NO ( )

   F. If your answer is YES,

   1. What steps did you take? *Spoke to shift Sergeants about the issues I was having and housed in.*

2

2. What was the result? Was told there was nothing they could do and to write to the Captain and Jail administrator

III. PARTIES

(In item A below, please your name in the first blank and place your present address in the second blank. Do the same for any additional plaintiffs.)

A. Name of plaintiff: Mario Gutierrez

Present address: 210 N. Spring St, Shelbyville, TN 37160

Permanent home address: _____

Address of nearest relative: _____

(In item B below, place the FULL NAME of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the additional names, positions, and places of employment of any additional defendants.)

B. Defendant: Bedford County Jail 210 N Spring st. Shelbyville, TN 37160

Official position: _____

Place of employment: _____

C. Additional defendants: _____

IV. STATEMENT OF CLAIM

(State here as briefly as possible the FACTS of your case. Describe how EACH defendant is involved. Include also the names of other persons involved, dates and places. DO NOT give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.)

I have complained as well as other inmates and nothing being done about the issues

3

and problems of this facility. I have signed documentation from staff and shift Sergeants about these matters. I myself have complained many times on 9-29-17 9-30-17 10-1-17 10-2-17 and 10-4-17 and still nothing has been done. Fire exits have padlocks on them and the sprinkler system's does not work. Food temps are not correct. Unsanitary conditions all throughout this facility. Improper Medicare. Denied use of working toilets and cold drinking water. We are locked in our cells at night with nothing and inmates are on the floor in a six man cell and sewer water everywhere. Fear for my health and safety as well for other inmates. State and county inmates are housed together and even inmates that have murder charges. Inmate fell the other day due to water being in the dayroom and busted his head open, staff did nothing. We have 11 pages of rules and regulations that we're supposed to follow and the staff don't follow them. Facility is so overcrowed to say the least. We should not be housed in such nasty and unsanitary conditions Improper clothing and bedding.

V.  RELIEF

(State BRIEFLY exactly what you want this Court to do for you. Make NO legal arguments. Cite NO cases or statutes.)

Mental angious relief
relief from pain -n- suffering
Relief from future Medical exspences if any

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of my (our) information, knowledge and belief.

Signed this 9th day of October, 20 17.

_____
Signature of plaintiff(s)

5